

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2014

No. 04-13-00750-CR

Larry **CASTRO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0307A
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's second motion to stay disposition is granted. This appeal will not be submitted for decision by the court before August 6, 2014, unless appellant files a motion to dismiss the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court